# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **V.** | ) | (For Offenses Committed On or After November 1, 1987) |
| | ) | |
| **BARRY HOWARD LANDRETH** | ) | Case Number:  DNCW112CR00087-001 |
| | ) | USM Number:  32670-112 |
| | ) | |
| | ) | Rodney Gene Hasty |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ Admitted guilt to violation of condition(s)  1, 2 & 3  of the term of supervision.

☐ Was found in violation of condition(s) count(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | NEW LAW VIOLATION – OBTAINING PROPERTY BY FALSE PRETENSE | 7/26/2012 |
| 2 | OTHER – POSSESSION OF CHECKBOOKS FOR  BANK ACCOUNTS NOT DISCLOSED TO THE PROBATION OFFICER | 7/26/2012 |
| 3 | OTHER - DEFENDANT VIOLATED CONDITION OF SUPERVISION THAT STATES,"THE DEFENDANT SHALL NOT TRANSFER, SELL, GIVE AWAY OR OTHERWISE CONVEY ANY ASSET WITH FAIR MARKET VALUE IN EXCESS OF $500 WITHOUT THE APPROVAL OF THE PROBATION OFFICER UNTIL ALL FINANCIAL OBLIGATIONS IMPOSED BY THE COURT HAVE BEEN SATISFIED IN FULL" IN THAT DEFENDANT PURCHASED A  LAND ROVER  WITH A BASE PRICE OF $75,245 AND TURNED IT OVER TO HIS GIRLFRIEND AS A GIFT AND NEVER REPORTED THE SAME. DEFENDANT PURCHASED THE VEHICLE WITH FUNDS OBTAINED UNDER FALSE PRETENSE. | 7/26/2012 |

The Defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) _____ and is discharged as such to such violation(s) condition.

☐ Violation(s) _____ (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 5/22/2013

Martin Reidinger
United States District Judge

Date: June 11, 2013

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
TEN (10) MONTHS, TO BE SERVED CONSECUTIVELY TO ANY UNDISCHARGED TERM OF IMPRISONMENT
IMPOSED BY ANY STATE OR FEDERAL COURT PREVIOUSLY OR HEREINAFTER IMPOSED.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☐   The Defendant is remanded to the custody of the United States Marshal.

☐   The Defendant shall surrender to the United States Marshal for this District:

      ☐   As notified by the United States Marshal.
      ☐   At _____ am/pm on _____.

☐   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   As notified by the United States Marshal.
      ☐   Before 2 p.m. on _____.
      ☐   As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____


Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.



_____
United States Marshal

                                           By: _____
                                                Deputy Marshal

Defendant: Barry Howard Landreth                                      Judgment- Page **3** of **3**
Case Number: DNCW112CR00087-001

## STATEMENT OF ACKNOWLEDGMENT

I understand that my term of supervision is for a period of _____months, commencing on _____.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I understand that revocation of probation and supervised release is mandatory for possession of a controlled substance, possession of a firearm and/or refusal to comply with drug testing.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


(Signed)    _____   Date: _____
                  Defendant

(Signed)    _____   Date: _____
                  U.S. Probation Office/Designated Witness